IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERNEST BAKER,

        Plaintiff,

v.

OREGON DEPARTMENT OF
CORRECTIONS, ODOC; & STUART
YOUNG, Assistant Administrator of
Religious Services,

        Defendants.

2:17-cv-0272-TC

ORDER

MCSHANE, Judge:

        Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 38), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 38) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 29) is GRANTED with respect to plaintiff's kosher diet claims and claims not raised in No. DC-EOCI-2016-01-055 and DENIED with respect to plaintiff's remaining claims.

IT IS SO ORDERED.

DATED this 15th day of May, 2018.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge